**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **MARISABEL BELLO,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **VS.** | § | **Civil Action No. 3:19-cv-00004-M** |
| | § | |
| **LIBERTY LIFE ASSURANCE COMPANY OF BOSTON; WELLS FARGO & COMPANY'S LONG-TERM DISABILITY BENEFITS PLAN** | § | |
| | § | |
| **Defendants.** | § | |

**ORDER GRANTING DEFENDANTS' MOTION TO PARTIALLY DISMISS PLAINTIFF'S COMPLAINT**

On this day, Defendants' Motion to Partially Dismiss Plaintiff's Original Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) was considered by the Court. Having reviewed the Motion and Plaintiff's Response, the parties' briefing, and Plaintiff's Original Complaint, the Court is of the opinion that the Motion should be **GRANTED**. It is, therefore,

**ORDERED** that Defendants' Motion to Partially Dismiss Plaintiff's Original Complaint is hereby **GRANTED**. It is further

**ORDERED** that Plaintiff's claim shall proceed as claims under 29 U.S.C. § 1132(a)(1)(B) and Plaintiff's claim for breach of fiduciary duty, equitable relief, and all other claims under 29 U.S.C. § 1132(a)(3) (Paragraphs 47-55 of the Complaint) are **DISMISSED WITH PREJUDICE.**

Signed this _____ day of _________________, 2019.

________________________________________
HONORABLE BARBARA M.G. LYNN
UNITED STATES CHIEF DISTRICT JUDGE