**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| MARISABEL BELLO,<br><br>Plaintiff,<br><br>v.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON ET AL.,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 3:19-cv-00004-M |

**ORDER**

In light of the parties' Stipulation Regarding Pleadings [ECF No. 9] and Plaintiff's filing of her Amended Complaint [ECF No. 8], Defendants' Partial Motion to Dismiss [ECF No. 6] is **DENIED AS MOOT**.

**SO ORDERED**.

February 21, 2019.

BARBARA M. G. LYNN
CHIEF JUDGE