**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **MARISABEL BELLO,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **VS.** | § | **Civil Action No. 3:19-cv-00004-M** |
| | § | |
| **LIBERTY LIFE ASSURANCE COMPANY OF BOSTON; WELLS FARGO & COMPANY'S LONG-TERM DISABILITY BENEFITS PLAN** | § | |
| | § | |
| **Defendants.** | § | |

**DEFENDANTS' MOTION TO PARTIALLY DISMISS PLAINTIFF'S AMENDED COMPLAINT**

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure Defendants Liberty Life Assurance Company of Boston ("Liberty Life") and Wells Fargo & Company's Long-Term Disability Benefits Plan ("the LTD Plan") (collectively "Defendants") file this Motion to Partially Dismiss Plaintiff's Amended Complaint.

## I.
## GROUNDS FOR THE MOTION

In Plaintiff's Amended Complaint (the "Complaint"), Plaintiff brings a claim pursuant to the Employee Retirement Income Security Act of 1974 ("ERISA") for recovery of disability benefits under 29 U.S.C. § 1132(a)(1). Plaintiff also brings a claim for breach of fiduciary duty, presumably under 29 U.S.C. § 1132(a)(3).[1] However, the allegations pled in the Complaint in support of Plaintiff's claim for breach of fiduciary duty, even if taken as true,[2] are insufficient to

---

1 Complaint at ¶¶ 47-56.

2 For the purposes of the Motion to Partially Dismiss, the Court must assume the facts alleged by Plaintiff in the Complaint to be true. However, Defendants do not admit the truthfulness or accuracy of any factual allegation contained in the Complaint by filing this Motion and Brief or by any statement contained therein.

support the relief requested by Plaintiff. Specifically, in the Complaint, Plaintiff seeks recovery of disability benefits from Defendants under ERISA. Plaintiff also brings a claim for breach of fiduciary duty and seeks equitable relief in the Complaint presumably under 29 U.S.C. § 1132(a)(3). However, Plaintiff's § 1132(a)(3) claim for equitable relief against Defendants fails because, based on the face of the Complaint, Plaintiff has adequate redress under her claim for recovery of benefits pursuant to § 1132(a)(1)(B).

## II.
## REQUEST FOR RELIEF

Defendants request the Court enter an Order that Plaintiff's claim shall proceed as claims under 29 U.S.C. § 1132(a)(1)(B) and that Plaintiff's claim for breach of fiduciary duty, equitable relief, and all other claims under 29 U.S.C. § 1132(a)(3) be dismissed with prejudice; award Defendants attorneys' fees and costs pursuant to ERISA § 502(g), 29 U.S.C. § 1132(g); and grant it any other relief to which it shows itself justly entitled.

Dated this 28th day of February 2019.

Respectfully submitted,

LAW OFFICES OF IWANA RADEMAEKERS, P.C.
14785 Preston Road, Suite 550
Dallas, Texas 75254
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

By: /s/ Iwana Rademaekers
Iwana Rademaekers, Esq.
Texas Bar No. 16452560

ATTORNEYS FOR DEFENDANTS

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing pleading was electronically filed with the clerk for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means:

Christine A. Hopkins
Email: christine@tremainartaza.com

February 28, 2019
Date

/s/ Iwana Rademaekers
Iwana Rademaekers