**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| MARISABEL BELLO,<br><br>Plaintiff,<br><br>v.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON ET AL.,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 3:19-cv-00004-M |

**SCHEDULING ORDER**

In light of the parties' Joint Report [ECF No. 12], the Court enters this Scheduling Order in this ERISA action.

1. **Submission of Case**: The parties suggest that this ERISA case be decided by the Court on the papers and record. Therefore, the parties will adhere to the following briefing schedule:
   a. **June 3, 2019**: Deadline for the parties to file a Joint Stipulation containing the administrative claims record and applicable plan documents and setting forth any disagreement between the parties regarding the contents of the same;
   b. **June 24, 2019**: Deadline for Plaintiff to submit opening brief (not to exceed 50 pages);
   c. **July 15, 2019**: Deadline for Defendants to submit opposition brief (not to exceed 50 pages);
   d. **July 22, 2019**: Deadline for Plaintiff to submit reply brief (not to exceed 20 pages).
2. **Joinder of Parties:** By **March 30, 2019**, all motions requesting joinder of additional parties shall be filed. Except when parties are joined by amendment pursuant to

Paragraph 3 of this Scheduling Order, parties may be joined only upon motion to the Court.

3. **Amendment of Pleadings:** By **April 8, 2019**, amendments of pleadings shall be filed. Motions for leave to amend need not be filed so long as the amendment is filed within the deadline set in this paragraph. The amending party shall attach as an exhibit to the amended complaint a redlined version of the complaint. The deadline to file a response to an amended pleading is 21 days after the date the amended pleading is served, notwithstanding expiration of the amended pleading deadline. Thereafter, a party may only amend the pleadings by leave of Court, upon a showing of good cause.

4. **Motions:** All motions other than the case-dispositive submissions discussed in Paragraph 1 shall be filed by **May 1, 2019**.

5. **Settlement Status Report and Settlement Conference:** Counsel, or the respective party if not represented by counsel, are directed to confer and file with the court by **April 5, 2019**, a joint report setting forth the status of settlement negotiations and the specific efforts made by the parties to resolve this case. If no efforts have been made, the parties must state the reasons why no settlement efforts have occurred. Counsel shall include in such report a statement about their views about ADR (timing and preference for provider, if any), and desire for a settlement conference to be conducted by the Magistrate Judge. Not later than **May 1, 2019**, the parties and their respective lead counsel must meet in person or by telephone conference to discuss settlement of this case. All parties must make a good faith effort to settle this case. At the conclusion of this conference, counsel must, **within three business days**, notify the Court in writing of the participants' names and capacities, and the results of the settlement conference.

6. **Discovery**: All discovery shall be completed by **May 1, 2019**.

7. **Disclosures under Rule 26(a)**: Defendants will produce their Rule 26(a) disclosures, along with a complete copy of the administrative record, to Plaintiff by **March 20, 2019**. Plaintiff will make Rule 26(a) disclosures, identifying any objections or proposed additions to the administrative record, by **April 8, 2019**.

**SO ORDERED**.

March 5, 2019.

BARBARA M. G. LYNN
CHIEF JUDGE