**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **MARISABEL BELLO** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 3:19-cv-00004-M** |
| | § | |
| **LIBERTY LIFE ASSURANCE COMPANY OF BOSTON; WELLS FARGO & COMPANY'S LONG-TERM DISABILITY BENEFITS PLAN,** | § | |
| | § | |
| **Defendants.** | § | |

**JOINT SETTLEMENT STATUS REPORT**

As required by the March 5, 2019 Scheduling Order, Plaintiff and Defendants hereby report to the Court that the case has not settled at this time but Plaintiff and Defendants are continuing to engage in and make progress in good faith arms-length settlement negotiations. Plaintiff and Defendants do not believe ADR is necessary at this time.

If the parties reach an impasse during arms-length negotiations, the parties will at that time discuss ADR and advise the Court if an ADR order is needed or appropriate.

Submitted this 4th day of April, 2019.

Respectfully submitted,

*/s/ Christine A. Hopkins*

Christine A. Hopkins
Texas State Bar No. 24095768
TREMAIN ARTAZA, PLLC
13140 Coit Rd, #104
Dallas, TX 75240
christine@tremainartaza.com
Telephone: 469-573-0297
Facsimile: 214-254-4941

**ATTORNEY FOR PLAINTIFF**

By: */s/ Iwana Rademaekers*

Iwana Rademaekers
State Bar of Texas No. 16452560

LAW OFFICES OF IWANA RADEMAEKERS, P.C.
14785 Preston Road, Suite 550
Dallas, Texas 75254
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

On April 4, 2019, I hereby certify that I have served all counsel and/or *pro se* parties of record by ECF, by mailing a copy of this document to them, or by another manner authorized by Federal rule of Civil Procedure 5 (b)(2).

*/s/ Iwana Rademaekers*
Iwana Rademaekers