**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **MARISABEL BELLO,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **VS.** | § | **Civil Action No. 3:19-cv-00004-M** |
| | § | |
| **LIBERTY LIFE ASSURANCE COMPANY OF BOSTON; WELLS FARGO & COMPANY'S LONG-TERM DISABILITY BENEFITS PLAN** | § | |
| | § | |
| **Defendants.** | § | |

**JOINT MOTION TO EXTEND SCHEDULING ORDER DEADLINES**

Plaintiff Marisabel Bello and Defendants Liberty Life Assurance Company of Boston and Wells Fargo & Company's Long-Term Disability Benefits Plan file this Joint Motion to Extend Scheduling Order Deadlines and show the Court as follows:

1. On March 5, 2019, the Court entered a Scheduling Order (Document 16) containing the following deadlines:

| | |
|---|---|
| ▪ Deadline for parties and their respective counsel to meet in person or by telephone to discuss settlement (Report due within 3 business days) | May 1, 2019 |
| ▪ Deadline to complete all discovery: | May 1, 2019 |
| ▪ Deadline to file all non-dispositive motions: | May 1, 2019 |
| ▪ Deadline for filing of the Administrative Record: | June 3, 2019 |
| ▪ Deadline for filing of Plaintiff's opening brief: | June 24, 2019 |
| ▪ Deadline for filing of Defendant's opposition brief: | July 15, 2019 |
| ▪ Deadline for filing of Plaintiff's reply brief: | July 22, 2019 |

2. The Parties have been engaging in ongoing settlement discussions. Progress has been made but the Parties require additional time to complete these discussions. Additionally, the Parties cannot adequately prepare briefing on the merits of this case until after the Court has entered its ruling on Defendants' Motion to Partially Dismiss Plaintiff's Amended Complaint (Document 14). Therefore, to facilitate the parties' efforts to resolve this matter without incurring additional expenses in the interim, and to allow the Court adequate time to rule on Defendants' Motion, the Parties respectfully request a sixty-day extension on the remaining deadlines set forth in the Court's March 5, 2019, Scheduling Order.

3. This Joint Motion to Extend Scheduling Order Deadlines is not filed for purpose of delay, but only so that justice may be done.

WHEREFORE, Plaintiff and Defendants request the Court enter an Order extending the deadlines set in this case as follows:

| | |
|---|---|
| ▪ Deadline for parties and their respective counsel to meet in person or by telephone to discuss settlement (Report due within 3 business days) | July 1, 2019 |
| ▪ Deadline to complete all discovery: | July 1, 2019 |
| ▪ Deadline to file all non-dispositive motions: | July 1, 2019 |
| ▪ Deadline for filing of the Administrative Record: | August 2, 2019 |
| ▪ Deadline for filing of Plaintiff's opening brief: | August 23, 2019 |
| ▪ Deadline for filing of Defendant's opposition brief: | September 13, 2019 |
| ▪ Deadline for filing of Plaintiff's reply brief: | September 20, 2019 |

Dated this 25th day of April 2019.

Respectfully submitted,

TREMAIN ARTAZA, PLLC

13140 Coit Rd, #104
Dallas, Texas 75240
Telephone: 469-573-0297
Facsimile: 214-254-4941
Email: christine@tremainartaza.com

By: /s/ Christine A. Hopkins
Christine A. Hopkins
Texas State Bar No. 24095768

ATTORNEYS FOR PLAINTIFF

**AND**

LAW OFFICES OF IWANA RADEMAEKERS, P.C.
14785 Preston Road, Suite 550
Dallas, Texas 75254
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

By: /s/ Iwana Rademaekers
Iwana Rademaekers, Esq.
Texas Bar No. 16452560

ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing pleading was electronically filed with the clerk for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means:

Christine A. Hopkins
Email: christine@tremainartaza.com

April 25, 2019 — /s/ Iwana Rademaekers
Date — Iwana Rademaekers