**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| MARISABEL BELLO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:19-cv-00004-M |
| | § | |
| LIBERTY LIFE ASSURANCE | § | |
| COMPANY OF BOSTON, ET. AL, | § | |
| | § | |
| Defendants. | § | |

**AGREED ORDER GRANTING MOTION TO EXTEND SCHEDULING ORDER DEADLINES**

On this day, the Court considered the Joint Motion to Extend Scheduling Order Deadlines filed by the Parties. Having considered the Motion, the Court is of the opinion that the Motion should be and is hereby **GRANTED**. **IT IS ORDERED** that the following deadlines contained in the Court's Scheduling Order are extended as follows:

- Deadline for parties and their respective counsel to meet in person or by telephone to discuss settlement (Report due within 3 business days) — July 1, 2019
- Deadline to complete all discovery: — July 1, 2019
- Deadline to file all non-dispositive motions: — July 1, 2019
- Deadline for filing of the Administrative Record: — August 2, 2019
- Deadline for filing of Plaintiff's opening brief: — August 23, 2019
- Deadline for filing of Defendant's opposition brief: — September 13, 2019
- Deadline for filing of Plaintiff's reply brief: — September 20, 2019

**SO ORDERED**.

April 30, 2019.

BARBARA M. G. LYNN
CHIEF JUDGE

**AGREED AS TO FORM AND SUBSTANCE:**

TREMAIN ARTAZA, PLLC
13140 Coit Rd, #104
Dallas, Texas 75240
Telephone: 469-573-0297
Facsimile: 214-254-4941
Email: christine@tremainartaza.com

By: /s/ Christine A. Hopkins
Christine A. Hopkins
Texas State Bar No. 24095768

ATTORNEYS FOR PLAINTIFF

**AND**

LAW OFFICES OF IWANA RADEMAEKERS, P.C.
14785 Preston Road, Suite 550
Dallas, Texas 75254
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

By: /s/ Iwana Rademaekers
Iwana Rademaekers, Esq.
Texas Bar No. 16452560

ATTORNEYS FOR DEFENDANTS