**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **MARISABEL BELLO,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **VS.** | § | **Civil Action No. 3:19-cv-00004-M** |
| | § | |
| **LIBERTY LIFE ASSURANCE COMPANY OF BOSTON; WELLS FARGO & COMPANY'S LONG-TERM DISABILITY BENEFITS PLAN** | § | |
| | § | |
| **Defendants.** | § | |

# JOINT NOTICE OF SETTLEMENT

Plaintiff Marisabel Bello and Defendants Liberty Life Assurance Company of Boston and Wells Fargo & Company's Long-Term Disability Benefits Plan hereby give notice that this case has settled. The parties are working on finalizing settlement documents at this time. The parties anticipate filing a Stipulation of Dismissal with the Court within 60 days to dismiss this case with prejudice.

Dated this 9th day of May 2019.

Respectfully submitted,

TREMAIN ARTAZA, PLLC
13140 Coit Rd, #104
Dallas, Texas 75240
Telephone: 469-573-0297
Facsimile: 214-254-4941
Email: christine@tremainartaza.com

By: /s/ Christine A. Hopkins
Christine A. Hopkins
Texas State Bar No. 24095768

ATTORNEYS FOR PLAINTIFF

**AND**

LAW OFFICES OF IWANA RADEMAEKERS, P.C.
14785 Preston Road, Suite 550
Dallas, Texas 75254
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

By: /s/ Iwana Rademaekers
Iwana Rademaekers, Esq.
Texas Bar No. 16452560

ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing pleading was electronically filed with the clerk for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means:

Christine A. Hopkins
Email: christine@tremainartaza.com

May 9, 2019 — Date

/s/ Iwana Rademaekers — Iwana Rademaekers