# United States District Court

NORTHERN DISTRICT OF TEXAS
1100 COMMERCE, ROOM 1572
DALLAS, TEXAS 75242

CHAMBERS OF
CHIEF JUDGE BARBARA M.G. LYNN

TELEPHONE (214) 753-2420

May 10, 2019

To All Attorneys of Record

Re: *Bello v. Liberty Life Assurance Company of Boston, et al.*
Case No. 3:19-CV-4-M

Dear Counsel:

It has come to the Court's attention that this case has settled. I commend you on your diligent efforts. I would like to receive the executed dismissal papers by July 8, 2019.

Very truly yours,

Barbara M.G. Lynn

BMGL/jlf