**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **MARISABEL BELLO,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **VS.** | § | **Civil Action No. 3:19-cv-00004-M** |
| | § | |
| **LIBERTY LIFE ASSURANCE COMPANY OF BOSTON; WELLS FARGO & COMPANY'S LONG-TERM DISABILITY BENEFITS PLAN** | § | |
| | § | |
| **Defendants.** | § | |

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

Marisabel Bello and Defendants Liberty Life Assurance Company of Boston and Wells Fargo & Company's Long-Term Disability Benefits Plan file this Joint Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41(a), and state as follows:

Plaintiff and Defendants stipulate that this action is dismissed with prejudice with all costs and fees taxed against the party that incurred them, and with the U.S. District Court for the Northern District of Texas retaining jurisdiction to enforce the settlement of this case.

WHEREFORE, Plaintiff and Defendants request that the Court take notice of the stipulation of dismissal and enter any necessary orders to close this case before the Court.

Dated this 13 day of June, 2019.

Respectfully submitted,

TREMAIN ARTAZA, PLLC
13140 Coit Rd, #104
Dallas, Texas 75240
Telephone: 469-573-0297
Email: christine@tremainartaza.com

By: /s/ Christine A. Hopkins
Christine A. Hopkins
Texas State Bar No. 24095768

ATTORNEYS FOR PLAINTIFF

**AND**

LAW OFFICES OF IWANA RADEMAEKERS, P.C.
14785 Preston Road, Suite 550
Dallas, Texas 75254
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

By: /s/ Iwana Rademaekers
Iwana Rademaekers, Esq.
Texas Bar No. 16452560

ATTORNEYS FOR DEFENDANTS

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **MARISABEL BELLO,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **VS.** | § | **Civil Action No. 3:19-cv-00004-M** |
| | § | |
| **LIBERTY LIFE ASSURANCE** | § | |
| **COMPANY OF BOSTON; WELLS** | § | |
| **FARGO & COMPANY'S LONG-TERM** | § | |
| **DISABILITY BENEFITS PLAN** | § | |
| | § | |
| **Defendants.** | § | |

**ORDER**

After considering the Joint Stipulation For Dismissal With Prejudice of any and all claims against Defendants, the Court **ORDERS** that this action be and hereby is dismissed with prejudice, with all costs and fees are taxed against the party that incurred them, and with this Court retaining jurisdiction to enforce the settlement of the case.

**SIGNED** this ______ day of ___________________, 2019.

______________________________
UNITED STATES DISTRICT JUDGE